## FULLER *v.* PHŒNIX CONSTRUCTION COMPANY.

BECK, J. The bill of exceptions in this case was certified on the 30th day of July, 1915, and was not filed in the office of the clerk of the superior court until August 17, 1915, the filing being more than fifteen days subsequent to the date of the certificate. Consequently the motion to dismiss the bill of exceptions must be sustained. Civil Code, § 6167.

*Writ of error dismissed. All the Justices concur.*

AUGUST 18, 1916.

Writ of error; from Chatham. Motion to dismiss.

*H. P. Cobb* and *W. R. Hewlett,* for plaintiff.

*D. S. Atkinson,* for defendant.